UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 21-1917-MWF(SPx)**                    Dated: **August 6, 2021**

Title:      Madlen Tahmasian v. Mercedes-Benz USA, LLC, et al

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

| None Present | None Present |
|---|---|

**PROCEEDINGS (IN CHAMBERS):       COURT ORDER**

   In light of the Notice of Settlement [17] filed August 4, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for October 18, 2021 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

   IT IS SO ORDERED.

MINUTES FORM 90                         Initials of Deputy Clerk    rs
CIVIL - GEN